Fill in this information to identify the case:

United States Bankruptcy Court for the:
**District of New Jersey**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**   **North Jersey Tire, Auto and Truck Repair, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    **4 7 – 4 3 0 8 1 9 5**

**4. Debtor's address**

**Principal place of business**

**2051 Oak Tree Road**
Number    Street

**Edison, NJ 08820**
City    State    ZIP Code

**Middlesex**
County

**Mailing address, if different from principal place of business**

Number    Street

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

**59-61 Western Parkway**
Number    Street

**Irvington, NJ 07111**
City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor  **North Jersey Tire, Auto and Truck Repair, LLC**                    Case number *(if known)*
   Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**8  1  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❏ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

          District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❏ Yes. Debtor _____ Relationship _____

          District _____ When _____
                                                    MM / DD / YYYY

          Case number, if known _____

Debtor  **North Jersey Tire, Auto and Truck Repair, LLC**  Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   **North Jersey Tire, Auto and Truck Repair, LLC**                                         Case number *(if known)* _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/13/2025**
             MM/ DD/ YYYY

X  **/s/ Jose Aguirre**                                                **Jose Aguirre**
Signature of authorized representative of debtor                        Printed name

Title   **Managing Member**

**18. Signature of attorney**

X       **/s/ Justin M Gillman**                          Date  **03/13/2025**
Signature of attorney for debtor                                MM/ DD/ YYYY

**Justin M Gillman**
Printed name

**Gillman Capone LLC**
Firm name

**770 Amboy Avenue**
Number     Street

**Edison**                                        **NJ**          **08837**
City                                              State           ZIP Code

_____           **jgillman@gillmancapone.com**
Contact phone                              Email address

**038891997**                              **NJ**
Bar number                                 State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                        page **4**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

**In re**   North Jersey Tire, Auto and Truck Repair, LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................   **$16,740.00**

   Prior to the filing of this statement I have received ....................................................................   **$16,740.00**

   Balance Due ...................................................................................................................................   **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/13/2025** | **/s/ Justin M Gillman** |
|---|---|
| *Date* | Justin M Gillman |
| | *Signature of Attorney* |

Bar Number: 038891997
Gillman Capone LLC
770 Amboy Avenue
Edison, NJ 08837
Phone: (732) 661-1664
Fax: (732) 661-1707

**Gillman Capone LLC**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re **North Jersey Tire, Auto and Truck Repair, LLC**　　　　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **North Jersey Tire, Auto and Truck Repair, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**03/13/2025**　　　　　　　　　　　　　**/s/ Justin M Gillman**
Date　　　　　　　　　　　　　　　　　**Justin M Gillman**
　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　Counsel for **North Jersey Tire, Auto and Truck Repair, LLC**
　　　　　　　　　　　　　　　　　　　**Bar Number: 038891997**
　　　　　　　　　　　　　　　　　　　**Gillman Capone LLC**
　　　　　　　　　　　　　　　　　　　**770 Amboy Avenue**
　　　　　　　　　　　　　　　　　　　**Edison, NJ 08837**
　　　　　　　　　　　　　　　　　　　**Phone: (732) 661-1664**
　　　　　　　　　　　　　　　　　　　**Fax: (732) 661-1707**
　　　　　　　　　　　　　　　　　　　**Email: jgillman@gillmancapone.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE: **North Jersey Tire, Auto and Truck Repair, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **03/13/2025**        Signature    **/s/ Jose Aguirre**
                                           Jose Aguirre, Managing Member

Barbaro Arango
1214 27th Street
North Bergen, NJ 07047

Aryming Asset Management, LLC
570 Broad St #900
Newark, NJ 07102

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

Domestic Linen Supply Company, Inc.
265 Cortlandt St
Belleville, NJ 07109

Essex County Sheriff's Office
Attn: Foreclosures
50 W Market St.
Newark, NJ 07102

FIG 2O, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101

Greenberg, Grant and Richards, Inc.
PO Box 571811
Houston, TX 77257

Internal Revenue Service (IRS)
Department of Treasury
Po Box 7346
Philadelphia, PA 19101-7346

Leviton Law Firm, LTD
One Pierce Place Suite 725W
Itasca, IL 60143


Liberty Mutual Group
175 Berkeley Street
Boston, MA 02116


John D. Lynch, Esq.
1814 John F. Kennedy Blvd
Union City, NJ 07087


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Rd
Bedford, OH 44146


New Jersey American Water
PO Box 371331
Pittsburgh, PA 15250


Pellegrino & Feldstein, LLC
290 Route 46 West
Denville, NJ 07834


PSE&G
Po Box 14444
New Brunswick, NJ 08906-4444


State of New Jersey
Department of Community
Affairs
Bureau of Fire and Code Enforcement
101 Broad Street PO Box 809
Trenton, NJ 08625

Township of Irvington Tax
Collector
Irvington Municipal Building
1 Civic Square
Irvington, NJ 07111